IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01663-BNB

JACK STEELE,

Applicant,

v.

ARISTEDES ZAVARAS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 16 2008

GREGORY C. LANGHAM
CLERK

_____

ORDER DRAWING CASE

_____

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the

Court has determined that this case does not appear to be appropriate for summary

dismissal. Therefore, the case will be drawn to a district judge and to a magistrate

judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

DATED October 16, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-01663-BNB

Jack Steele
Prisoner No. 109892
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

Laurie A. Booras
First Assistant Attorney General
**DELIVERED ELECTRONICALLY**

        I hereby certify that I have mailed a copy of the **ORDER** to the above-named
individuals on 10/16/08

                                        GREGORY C. LANGHAM, CLERK

                                        By: _____
                                                Deputy Clerk