IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01663-ZLW-MEH

JACK STEELE,

    Petitioner,

v.

ARISTEDES ZAVARAS, and
COLORADO ATTORNEY GENERAL,

    Defendants.

## ORDER

This matter is before the Court *sua sponte*.

It is hereby ORDERED that on or before May 7, 2009, the Clerk of the 4th Judicial District Court in El Paso County, Colorado, shall provide to this Court the original written record of El Paso County Case No. 00CR4510, *People v. Jackie Lynn Steele*.

It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the 4th Judicial District Court by facsimile to (719) 448-7685 and by regular mail to Clerk of the 4th Judicial District Court, P.O. Box 2980, Colorado Springs, CO 80901-2980.

Dated this 9th day of April, 2009, in Denver, Colorado.

                BY THE COURT:

                s/ Michael E. Hegarty
                Michael E. Hegarty
                United States Magistrate Judge